**Order entered May 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00579-CV
No. 05-14-00580-CV
No. 05-14-00581-CV

**IN RE MICHAEL LERON DOWDEN, Relator**

**Original Proceeding from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-88-86782-1**
**Trial Court Cause No. F-88-86404-M**
**Trial Court Cause No. F-88-89370-M**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.


/s/     DAVID L. BRIDGES
        JUSTICE